**Electronically Filed
Supreme Court
SCAD-20-0000403
05-AUG-2021
09:50 AM
Dkt. 130 ORD**

SCAD-20-0000403

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

EARLE A. PARTINGTON (HI Bar No. 1568),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 19-0297)

<u>ORDER GRANTING REINSTATEMENT</u>
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
Intermediate Court of Appeals Chief Judge Ginoza,
in place of Wilson, J., recused, and Intermediate Court of
Appeals Associate Judge Leonard, assigned by reason of vacancy)

Upon consideration of Respondent Earle A. Partington's

second declaration, filed August 3, 2021, seeking reinstatement

pursuant to Rule 2.17(b)(2) of the Rules of the Supreme Court of

the State of Hawaiʻi (RSCH) and the record in this matter,

IT IS HEREBY ORDERED that Respondent Partington is

reinstated to the practice of law in this jurisdiction, effective

upon the filing of this order, subject to the conditions of RSCH

Rule 17(d) concerning proper registration with the Hawaiʻi State Bar Association and the payment of required dues.

DATED: Honolulu, Hawaiʻi, August 5, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Katherine G. Leonard